IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:20-cv-00259

| | |
|---|---|
| THE CHARLOTTE MECKLENBURG BOARD OF EDUCATION, ) ) ) Plaintiff, ) ) ) 34 ED, LLC d/b/a CENTEGIX, ) ) Defendant. ) | **NOTICE OF APPEARANCE OF COUNSEL** |

Now comes the undersigned, Deja D. Kemp, and gives notice of appearance in this matter as counsel for Charlotte-Mecklenburg Board of Education.

This the 12th day of May, 2020.

/s Deja D. Kemp
Deja D. Kemp
N.C. Bar No. 50810
Senior Associate General Counsel
Charlotte-Mecklenburg Board of Education
600 E. Fourth Street, 5th Floor
Charlotte, North Carolina 28202
Phone: 980-343-6228
Facsimile: 980-343-5739
Email: deja1.kemp@cms.k12.nc.us

1

## CERTIFICATE OF SERVICE

    This is to certify that on this date I electronically filed the foregoing **Notice of Appearance of Counsel** with the Clerk of Court using the CM/ECF systems. Additionally, the foregoing has been served upon the following by placing the same in the United States mail, first class, postage pre-paid, and addressed as follows:

34 ED, LLC d/b/a CENTEGIX
c/o National Registered Agents, Inc.
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

And via email to:

Jeffrey D. Horst
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW Suite 3250, One Atlantic Center
Atlanta, GA 30309
horst@khlawfirm.com

Robert E. Harrington
Robinson Bradshaw
101 North Tryon Street, Suite 1900
Charlotte, NC 28202
RHarrington@robinsonbradshaw.com

*Attorneys for Defendant*

This the 12th day of May, 2020.

                                          /s Deja D. Kemp
                                          Deja D. Kemp
                                          N.C. Bar No. 50810
                                          Senior Associate General Counsel
                                          Charlotte-Mecklenburg Board of Education
                                          600 E. Fourth Street, 5th Floor
                                          Charlotte, North Carolina 28202
                                          Phone: 980-343-6228
                                          Facsimile: 980-343-5739
                                          Email: deja1.kemp@cms.k12.nc.us