IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:20CV00259

| | |
|---|---|
| THE CHARLOTTE MECKLENBURG BOARD OF EDUCATION,<br><br>    Plaintiff,<br><br>    v.<br><br>34 ED, LLC d/b/a CENTEGIX,<br><br>    Defendant. | NOTICE OF APPEARANCE<br>OF CARY B. DAVIS |

    Cary B. Davis, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and counsel that he will appear as counsel in the above-captioned action, in addition to Robert E. Harrington and Gabriel Wright, on behalf of 34ED, LLC d/b/a CENTEGIX in the above-referenced action. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Harrington, Mr. Davis and Mr. Wright through the CM/ECF electronic filing system or at the address listed below.

    This 26th day of May, 2020.

                                            s/ Cary B. Davis
                                            Robert E. Harrington
                                            N.C. Bar No. 26967
                                            rharrington@robinsonbradshaw.com

                                            Cary B. Davis
                                            N.C. Bar No. 36172
                                            cdavis@robinsonbradshaw.com

Gabriel Wright
N.C. Bar No. 52472
gwright@robinsonbradshaw.com

Attorneys for Defendant 34 ED, LLC d/b/a CENTEGIX

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Hope A. Root
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina 28202
>hopea.root@cms.k12.nc.us
>
>Deja D. Kemp
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina 28202
>deja1.kemp@cms.k12.nc.us
>
>*Attorneys for Plaintiff*

This 26th day of May, 2020

s/ Cary B. Davis
Cary B. Davis

3
Case 3:20-cv-00259-GCM   Document 7   Filed 05/26/20   Page 3 of 3