**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:20CV00259**

| | |
|---|---|
| **THE CHARLOTTE MECKLENBURG BOARD OF EDUCATION,**<br><br>　　**Plaintiff,**<br><br>　　**v.**<br><br>**34 ED, LLC d/b/a CENTEGIX,**<br><br>　　**Defendant.** | **NOTICE OF APPEARANCE OF GABRIEL WRIGHT** |

Gabriel Wright, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and counsel that he will appear as counsel in the above-captioned action, in addition to Robert E. Harrington and Cary B. Davis, on behalf of 34ED, LLC d/b/a CENTEGIX in the above-referenced action. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Harrington, Mr. Davis and Mr. Wright through the CM/ECF electronic filing system or at the address listed below.

This 26th day of May, 2020.

s/ Gabriel Wright
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
cdavis@robinsonbradshaw.com

Gabriel Wright
N.C. Bar No. 52472
gwright@robinsonbradshaw.com

Attorneys for Defendant 34 ED, LLC d/b/a
CENTEGIX

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Hope A. Root
Charlotte-Mecklenburg Board of Education
600 E. Fourth Street, 5th Floor
Charlotte, North Carolina  28202
hopea.root@cms.k12.nc.us

Deja D. Kemp
Charlotte-Mecklenburg Board of Education
600 E. Fourth Street, 5th Floor
Charlotte, North Carolina  28202
deja1.kemp@cms.k12.nc.us

*Attorneys for Plaintiff*


This 26th day of May, 2020


<u>s/ Gabriel Wright</u>
Gabriel Wright