**THE CHARLOTTE MECKLENBURG BOARD OF EDUCATION,**

    Plaintiff,

    v.

**34 ED, LLC d/b/a CENTEGIX,**

    Defendant.

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF
CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH
A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

34 ED, LLC d/b/a CENTEGIX                . who is Defendant
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☒ No

2. Does the party have any parent corporations?
   ☐ Yes    ☒ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☒ No

   If yes, identify all such owners: N/A

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identity any trustee and the members of any creditors' committee.

Not applicable.

This 26th day of May, 2020.

                                           s/ Robert E. Harrington
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com

Cary B. Davis
N.C. Bar No. 36172
cdavis@robinsonbradshaw.com

Gabriel Wright
N.C. Bar No. 52472
gwright@robinsonbradshaw.com

Attorneys for Defendant 34 ED, LLC d/b/a CENTEGIX

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Hope A. Root
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina  28202
>hopea.root@cms.k12.nc.us
>
>Deja D. Kemp
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina  28202
>deja1.kemp@cms.k12.nc.us
>
>*Attorneys for Plaintiff*

This 26th day of May, 2020

s/ Robert E. Harrington
Robert E. Harrington
