IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:20CV00259

| | |
|---|---|
| **THE CHARLOTTE MECKLENBURG BOARD OF EDUCATION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**34 ED, LLC d/b/a CENTEGIX,**<br><br>    Defendant. | **DEFENDANT'S NOTICE OF APPEAL** |

Notice is hereby given that Defendant 34 ED, LLC d/b/a CENTEGIX ("Defendant") appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered by this Court on July 14, 2020 (Dkt. No. 14), specifically that portion of the Order denying Defendant's motion to stay pending arbitration (Dkt. No. 5) under Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3.

This 12th day of August, 2020.

                                                                <u>s/ Robert E. Harrington</u>
                                                                 Robert E. Harrington
                                                                 N.C. Bar No. 26967
                                                                 rharrington@robinsonbradshaw.com
                                                                 Cary B. Davis
                                                                 N.C. Bar No. 36172
                                                                 cdavis@robinsonbradshaw.com
                                                                 Gabriel Wright
                                                                 N.C. Bar No. 52472
                                                                 gwright@robinsonbradshaw.com
                                                                 ROBINSON, BRADSHAW & HINSON, P.A.
                                                                 101 North Tryon Street, Suite 1900
                                                                Charlotte, North Carolina  28246
                                                                 (704) 377-2536

                                                                 *Attorneys for Defendant 34 ED, LLC d/b/a CENTEGIX*

13277444

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Hope A. Root
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina  28202
>hopea.root@cms.k12.nc.us
>
>Deja D. Kemp
>Charlotte-Mecklenburg Board of Education
>600 E. Fourth Street, 5th Floor
>Charlotte, North Carolina  28202
>deja1.kemp@cms.k12.nc.us
>
>*Attorneys for Plaintiff*

This 12th day of August, 2020

>s/ Robert E. Harrington
>Robert E. Harrington