FILED: August 14, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1883
(3:20-cv-00259-GCM)

_____

THE CHARLOTTE-MECKLENBURG BOARD OF EDUCATION

      Plaintiff - Appellee

v.

34 ED, LLC, d/b/a Centegix

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:20-cv-00259-GCM |
| Date notice of appeal filed in originating court: | 08/12/2020 |
| Appellant | 34 ED, LLC |
| Appellate Case Number | 20-1883 |
| Case Manager | Emily Borneisen<br>804-916-2704 |